# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Beth DeSpiegelaere, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 10-cv-657 PAM/JSM |
| | ) |
| Resort Recovery Solutions, LLC and | ) |
| Curtis Doe, | ) |
| | ) |
| Defendants. | ) |

## ORDER FOR DISMISSAL

Based upon the Notice of Voluntary Dismissal with Prejudice, Civil Docket number 2, filed by Plaintiff on April 28, 2010, and upon all the files, records and proceedings herein,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

**BY THE COURT:**

Dated: April 27, 2010

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
Judge of United States District Court